1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   JEFFREY A. SPIVAK
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099
   Attorneys for Plaintiff
6  United States of America



**FILED**

MAR 21 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00198 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO ORDER DEFENDANT RELEASED ON HIS OWN RECOGNIZANCE |
| v. | |
| CISCO HERNANDEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Richard Beshwate, attorney for the defendant, that the defendant be released on his own recognizance. On or about March 15, 2018, the defendant attempted suicide by hanging in his cell at Fresno County Jail, and suffered an extended period of time without oxygen to his brain. As) Supervisory DUSM A. J. Castanedas spoke with the head nurse of the trauma unit at CRMC on several occasions, including March 21, 2018. The head nurse indicated she spoke with the doctors assigned to care for Mr. Hernandez and that his prognosis was poor. Due to the lack of oxygen to the brain, Mr. Hernandez has been unconscious since he was admitted to the hospital on March 15, 2018, and has a poor prognosis for recovery.

As such, the parties agree that Mr. Hernandez's lack of consciousness coupled with his poor prognosis, ameliorates any danger to the community or risk of flight. This assessment will change should his medical prognosis change, and the parties agree that should Mr. Hernandez regain consciousness, the Court's Order of detention based on danger to the community and flight risk should be reinstated. Should the

Stipulation                                     1

consciousness regained be something less than a full recovery, the parties will request a hearing to determine whether the detention Order should be reinstated.

Dated: March 21, 2018

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By  /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: March 21, 2018

/s/ Richard Beshwate
RICHARD BESHWATE
Attorney for Defendant

IT IS SO ORDERED.

Dated: 3/21/18

Honorable Barbara A. McAuliffe
United States Magistrate Court Judge

Stipulation 2