# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CISCO HERNANDEZ,<br><br>Defendants. | No. 1:17-CR-00198 LJO<br><br><br><br>ORDER |

IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed as to Cisco Hernandez without prejudice.

IT IS SO ORDERED.

Dated: **April 26, 2019**        /s/ Lawrence J. O'Neill
    UNITED STATES CHIEF DISTRICT JUDGE

1